UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS LAVEL SMITH,

   Petitioner,

                 File no: 1:19-CV-202

v.

                 HON. ROBERT J. JONKER

UNKNOWN HEISNER,

   Respondent.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

   The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on April 16, 2019 (ECF No. 6). The Report and Recommendation recommended this matter be transferred back to the Northern District of Illinois as Petitioner was not challenging his 2012 conviction in this District, but rather was challenging the results of a drug test taken while at a Salvation Army Halfway House in Chicago, Illinois. Petitioner filed a response to the Report and Recommendation in which he agreed with the recommendation of the Magistrate Judge (ECF No. 7).

   **ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 6) is approved and adopted as the opinion of the Court.

   **IT IS FURTHER ORDERED** that this matter is transferred to the United States District Court for the Northern District of Illinois.

Date: May 15, 2019        /s/ Robert J. Jonker
                     ROBERT J. JONKER
                     CHIEF UNITED STATES DISTRICT JUDGE